**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DARNELL M. CAMPBELL,                          :   No. 67 MM 2017
                                              :
                    Petitioner                :
                                              :
                                              :
                                              :
            v.                                :
                                              :
                                              :
                                              :
COMMONWEALTH OF PENNSYLVANIA,                 :
                                              :
                    Respondent                :


**ORDER**


**PER CURIAM**

     **AND NOW**, this 16th day of June, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.